# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date _____ July 21, 2008 _____

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number _____ 05 B 54618/07 A 450 _____

Case Name _____ David E Grochocinski -v- David Schlossberg et al _____

Notice of Appeal Filed _____ June 11, 2008 _____

Appellant _____ David Schlossberg & Gary Laliberte _____

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | | |
|---|---|---|---|
| ✓ | Transmittal Letter and Civil Cover Sheet | ✓ | Notice of Appeal |
| ✓ | Designation and Statement of Issues | ✓ | Copy of Documents Designated |
| ✓ | Transcript of Proceeding | ✓ | Exhibits |
| | In Forma Pauperis | | Expedited Notice of Appeal |

Additional Items Included

✓ **certify copy of the docket**

**FILED**

JUL 2 1 2008    NR

6  Total Volumes Transmitted

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

The following items will be transmitted as a supplemental to the Record on Appeal

08CV4124
JUDGE CASTILLO
MAGISTRATE JUDGE COLE

Case Number _____

By Deputy Clerk _____

Revised 03/26/08sj

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 05 B 54618 |
| JEFFERY ECKERT, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| ——————————————— | ) | |
| | ) | Judge John H. Squires |
| DAVID E. GROCHOCINSKI, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. No. 07 A 00450 |
| v. | ) | |
| DAVID SCHLOSSBERG, GARY | ) | |
| LALIBERTE, CHRISTINE ECKERT, | ) | |
| And MARCELO CARLOS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL BY DEFENDANTS
## DAVID SCHLOSSBERG AND GARY LALIBERTE

Notice is hereby given that defendant David Schlossberg ("Schlossberg") and defendant Gary Laliberte ("Laliberte"), (collectively, "Defendants") in the above-named case, by and through its undersigned counsel, and hereby appeals to the United States District Court for the Northern District of Illinois, from an Order of Judgment dated June 3, 2008, of the Honorable John H. Squires, United States Bankruptcy Court, Northern District of Illinois, Eastern Division, and the Memorandum Opinion dated June 3, 2008, and entered on the docket June 3, 2008, in favor of the plaintiff, David E. Grochocinski, Chapter 7 Trustee (the "Trustee") and against Schlossberg on Counts I and II of the Complaint and against Labiberte on Count IV of the Complaint.

Dated: June 11, 2008

Respectfully submitted,

David Schlossberg and Gary Laliberte,
Defendants and Appellants,

By:    /s/ Lauren Newman
         One of Its Attorneys

Lauren Newman (Atty No. 06188355)
Christina M. Berish (Atty. No. 06281022)
Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, Illinois 60603
Telephone: (312) 346-7500
Fascimile: (312) 782-3659
lnewman@tcfhlaw.com

## CERTIFICATE OF SERVICE

The undersigned a non-attorney, being first duly sworn on oath, deposes and says that she served a copy of this **Notice of Appeal** on the counsel via ECF and U.S. Mail at 55 E. Monroe Street, Chicago, IL, on June 11, 2008.

/s/ Frankie Richard
Frankie Richard

## SERVICE LIST

Neal H. Levin, Esq.
Freeborn & Peters, LLP
311 West Wacker Drive, Suite 3000
Chicago, IL 60606

David E. Grochocinski, Esq.
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462

William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street
Suite 873
Chicago, IL 60604

4753345_1

**CLOSED, APPEAL**

# U.S. Bankruptcy Court
# Northern District of Illinois (Chicago)
# Adversary Proceeding #: 07-00450
# Internal Use Only

*Assigned to:* Honorable Judge John H. Squires
*Related BK Case:* 05-54618
*Related BK Title:* Jeffery Eckert
*Related BK Chapter:* 7
*Demand:*

*Date Filed:* 05/24/07
*Date Terminated:* 06/05/08

*Nature[s] of Suit:* 13 Recovery of money/property - 548 fraudulent transfer

**Plaintiff**
-----------------------

**David E. Grochocinski,** **Trustee**

represented by **Jane D. Yanovsky**
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606
312 360-6305
Email:
jyanovsky@freebornpeters.com

**Neal H Levin**
Freeborn & Peters LLP
311 S Wacker Dr Ste 3000
Chicago, IL 60606
312 360-6530

Fax : 312 360-6573
Email:
nhlevin@freebornpeters.com
*LEAD ATTORNEY*


**V.**


**Defendant**
------------------------

| | | |
|---|---|---|
| **David Schlossberg** | represented by | **Lauren Newman**<br>**Fagel Haber LLC**<br>**55 E Monroe**<br>**40th Floor**<br>**Chicago, IL 60603**<br>**312 580-2328**<br>**Fax : 312 782-3659**<br>**Email:**<br>**lnewman@fagelhaber.com** |
| | | **Mazyar M Hedayat**<br>**M Hedayat & Associates**<br>**425 Quadrangle Drive Suite**<br>**101**<br>**Bolingbrook, IL 60440**<br>**630 -378-2200**<br>**Fax : 630 -578-2878**<br>**Email: mhedayat@mha-**<br>**law.com** |
| **Gary Laliberte** | represented by | **Lauren Newman**<br>(See above for address) |
| | | **Mazyar M Hedayat**<br>(See above for address) |
| **Christine Eckert**<br>SSN: 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 | represented by | **Mazyar M Hedayat**<br>(See above for address) |
| **Marcelo Carlos** | represented | **Mazyar M Hedayat** |

**by (See above for address)**

| Filing Date | # | Docket Text |
|---|---|---|
| 05/24/2007 | ⊝1 | Adversary case 07-00450. (13 (Recovery of money/property - 548 fraudulent transfer)): Complaint by David E. Grochocinski, Trustee against David Schlossberg, Gary Laliberte, Christine Eckert, Marcelo Carlos. Fee Amount $250. Status hearing to be held on 7/2/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Yanovsky, Jane) (Entered: 05/24/2007) |
| 05/24/2007 | ⊝2 | <u>Summons Link</u> Summons Issued on David Schlossberg Answer Due 06/25/2007; Gary Laliberte Answer Due 06/25/2007; Christine Eckert Answer Due 06/25/2007; Marcelo Carlos Answer Due 06/25/2007 (Yanovsky, Jane) (Entered: 05/24/2007) |
| 05/24/2007 | 3 | Receipt of Complaint(07-00450) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 7030260. Fee Amount $ 250.00 (U.S. Treasury) (Entered: 05/24/2007) |
| 05/25/2007 | ⊝4 | Alias Summons Issued on Marcelo Carlos Date Issued 5/25/2007, Answer Due 6/25/2007 (RE: [2] Summons Issued, ). Status hearing to be held on 7/13/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Green, Charlie) (Entered: |

| | | 05/29/2007) |
|---|---|---|
| 05/25/2007 | ○5 | **Alias Summons Issued on David Schlossberg Date Issued 5/25/2007, Answer Due 6/25/2007 (RE: [2] Summons Issued, ). Status hearing to be held on 7/13/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Green, Charlie) (Entered: 05/29/2007)** |
| 05/25/2007 | ○6 | **Alias Summons Issued on Christine Eckert Date Issued 5/25/2007, Answer Due 6/25/2007 (RE: [2] Summons Issued, ). Status hearing to be held on 7/13/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Green, Charlie) (Entered: 05/29/2007)** |
| 05/25/2007 | ○7 | **Alias Summons Issued on Gary Laliberte Date Issued 5/25/2007, Answer Due 6/25/2007 (RE: [2] Summons Issued, ). Status hearing to be held on 7/13/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Green, Charlie) (Entered: 05/29/2007)** |
| 06/05/2007 | ○8 | **Summons Service Executed on David Schlossberg 5/30/2007 (RE: 5 Alias Summons Issued, ). (Levin, Neal) (Entered: 06/05/2007)** |
| 06/05/2007 | ○9 | **Summons Service Executed on Gary** |

| | | |
|---|---|---|
| | | Laliberte 5/30/2007 (RE: **7** Alias Summons Issued, ). (Levin, Neal) (Entered: 06/05/2007) |
| 06/05/2007 | ⊖**10** | **Summons Service Executed on Marcelo Carlos 5/31/2007 (RE: 4 Alias Summons Issued, ). (Levin, Neal) (Entered: 06/05/2007)** |
| 06/05/2007 | ⊖**11** | **Summons Service Executed on Christine Eckert 5/29/2007 (RE: 6 Alias Summons Issued, ). (Levin, Neal) (Entered: 06/05/2007)** |
| 06/27/2007 | ⊖**12** | **Notice of Motion and Motion to Suspend Proceedings Filed by Christine Eckert . Hearing scheduled for 6/29/2007 at 09:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Reed, Patricia) (Entered: 06/28/2007)** |
| 07/02/2007 | ⊖**13** | **Notice of Motion and Motion for Default against David Schlossberg, Gary Laliberte, Christine Eckert, and Marcelo Carlos and in favor of David E Grochocinski, Chapter 7 Trustee Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. Hearing scheduled for 7/13/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Attachments: # 1 Proposed Order) (Levin, Neal) (Entered: 07/02/2007)** |
| 07/10/2007 | ⊖**14** | **Notice of Motion and Motion to Vacate Filed by Mazyar M Hedayat on behalf of** |

| | | Marcelo Carlos, Gary Laliberte, David Schlossberg. Hearing scheduled for 7/13/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Attachments: # <u>1</u> Proposed Order) (Hedayat, Mazyar) (Entered: 07/10/2007) |
|---|---|---|
| 07/13/2007 | ○15 | **Hearing Continued (RE: <u>1</u> Complaint, ). Status hearing to be held on 8/17/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Askew, Althea) (Entered: 07/13/2007)** |
| 07/13/2007 | ○16 | **Order Granting Motion for Default against Christine Eckert (Related Doc # <u>13</u>). Signed on 7/13/2007. (Green, Charlie) (Entered: 07/19/2007)** |
| 07/13/2007 | ○<u>17</u> | **Order Granting Motion To Vacate and defendants have until 8/3/2007 to file a responsive pleading to the Adversary Complaint (Related Doc # <u>14</u>). Signed on 7/13/2007. (Green, Charlie) (Entered: 07/19/2007)** |
| 07/19/2007 | ○<u>18</u> | **Order Striking Motion (Related Doc # <u>12</u>). Signed on 7/19/2007. (Green, Charlie) (Entered: 07/20/2007)** |
| 07/19/2007 | ○<u>19</u> | **Certificate of Service (RE: <u>18</u> Order on Generic Motion). (Green, Charlie) (Entered: 07/20/2007)** |
| | | |

| 08/03/2007 | ○20 | **Notice of Motion and Motion to Dismiss Counts I-III of Adversary Proceeding Filed by Mazyar M Hedayat on behalf of Marcelo Carlos, Gary Laliberte, David Schlossberg. Hearing scheduled for 8/17/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Attachments: # 1 Proposed Order) (Hedayat, Mazyar) (Entered: 08/03/2007)** |
|---|---|---|
| 08/15/2007 | ○21 | **Notice of Motion and Motion to Continue/Reschedule Hearing Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. Hearing scheduled for 8/17/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Attachments: # 1 Proposed Order) (Levin, Neal) Modified on 9/12/2007 to create related document #16 (Green, Charlie). (Entered: 08/15/2007)** |
| 08/17/2007 | ○22 | **Hearing Continued RE: 16 Order of default and setting prove-up as to Christine Eckert. Status hearing to be held on 9/7/2007 at 01:00 PM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Askew, Althea) (Entered: 08/17/2007)** |
| 08/17/2007 | ○23 | **Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 9/28/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Askew, Althea) (Entered: 08/17/2007)** |

| 08/17/2007 | ○24 | Order Denying for the Reasons Stated on the Record Motion to Dismiss Certain Counts of Adversary Proceeding. Plaintiff have until 8/24/2007 to amend the complaint . Defendant Answer due 9/7/2007 (Related Doc # 20). Signed on 8/17/2007. (Green, Charlie) (Entered: 08/21/2007) |
|---|---|---|
| 08/17/2007 | ○25 | Order Scheduling (RE: 21 Motion to Continue/Reschedule Hearing, ). Hearing continued on 9/7/2007 at 01:00PM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. Signed on 8/17/2007 (Reed, Patricia) (Entered: 08/21/2007) |
| 08/24/2007 | ○26 | Appearance for Rebecca M. Girsch Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. (Levin, Neal) (Entered: 08/24/2007) |
| 08/24/2007 | ○27 | Amended Complaint by Neal H Levin on behalf of David E. Grochocinski, Trustee against all defendants. (RE: 1 Complaint, ). (Attachments: # 1 Notice of Filing and Certificate of Service) (Levin, Neal) (Entered: 08/24/2007) |
| 08/28/2007 | ○28 | Notice and Certificate of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 27 Amended Complaint). (Levin, Neal) (Entered: 08/28/2007) |
| 09/06/2007 | ○29 | List of Exhibits Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. |

| | | |
|---|---|---|
| | | **(Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6) (Levin, Neal) (Entered: 09/06/2007)** |
| 09/06/2007 | ●30 | **Notice and Certificate of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 29 List of Exhibits). (Levin, Neal) (Entered: 09/06/2007)** |
| 09/07/2007 | ●31 | **Answer to Complaint Filed by Mazyar M Hedayat on behalf of Marcelo Carlos, Gary Laliberte, David Schlossberg. (Hedayat, Mazyar) (Entered: 09/07/2007)** |
| 09/07/2007 | ●32 | **Hearing Continued RE: 16 Order of default and setting prove-up as to Christine Eckert. Status hearing to be held on 9/28/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Askew, Althea) (Entered: 09/07/2007)** |
| 09/12/2007 | ●33 | **CORRECTIVE ENTRY to create related document #16 (RE: 21 Motion to Continue/Reschedule Hearing, ). (Green, Charlie) (Entered: 09/12/2007)** |
| 09/17/2007 | ●34 | **Proposed Findings of Fact and Conclusions of Law Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. (Levin, Neal) (Entered: 09/17/2007)** |
| 09/17/2007 | ●35 | **Notice and Certificate of Service Filed by** |

| | | |
|---|---|---|
| | | Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: **34** Proposed Findings of Fact and Conclusions of Law). (Levin, Neal) (Entered: 09/17/2007) |
| 09/17/2007 | ○**36** | Amended List of Exhibits Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. (Attachments: # **1** Supplemental Exhibit 7# **2** Supplemental Exhibit 8# **3** Supplemental Exhibit 9 (1 of 4)# **4** Supplemental Exhibit 9 (2 of 4)# **5** Supplemental Exhibit 9 (3 of 4)# **6** Supplemental Exhibit 9 (4 of 4)# **7** Supplemental Exhibit 10 (1 of 4)# **8** Supplemental Exhibit 10 (2 of 4)# **9** Supplemental Exhibit 10 (3 of 4)# **10** Supplemental Exhibit 10 (4 of 4)# **11** Supplemental Exhibit 11 (1 of 2)# **12** Supplemental Exhibit 11 (2 of 2)# **13** Supplemental Exhibit 12) (Levin, Neal) (Entered: 09/17/2007) |
| 09/17/2007 | ○**37** | Notice and Certificate of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: **36** List of Exhibits,, ). (Levin, Neal) (Entered: 09/17/2007) |
| 09/21/2007 | ○**38** | Amended Proposed Findings of Fact and Conclusions of Law Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: **34** Proposed Findings of Fact and Conclusions of Law). (Levin, Neal) (Entered: 09/21/2007) |
| | | |

| 09/21/2007 | ⊖39 | Notice and Certificate of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 38 Proposed Findings of Fact and Conclusions of Law). (Levin, Neal) (Entered: 09/21/2007) |
| --- | --- | --- |
| 09/25/2007 | ⊖40 | Notice of Motion and Motion for Leave to Respond and Seek Legal Counsel, Notice of Motion and Motion to Vacate Technical Defaults Filed by Christine Eckert . Hearing scheduled for 9/28/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Attachments: # 1 Proposed Order) (Camacho, Marilyn) (Entered: 09/25/2007) |
| 09/28/2007 | ⊖41 | Hearing Continued (RE: 1 Complaint, ). Pre-Trial Conference set for 12/21/2007 at 09:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Askew, Althea) (Entered: 09/28/2007) |
| 09/28/2007 | ⊖42 | Order Denying for the Reasons Stated on the Record Motion for Leave (Related Doc # 40), Denying for the Reasons Stated on the Record Motion To Vacate (Related Doc # 40). Signed on 9/28/2007. (Green, Charlie) (Entered: 10/02/2007) |
| 09/28/2007 | ⊖43 | Draft Order with calculations (RE: [32] Hearing (Adv Other) Continued, RE: 16 Order of default and setting prove-up as to Christine Eckert). due by 10/5/2007. (Askew, Althea) (Entered: 10/02/2007) |

| 10/04/2007 | ○44 | **Draft Order (RE: [32] Hearing (Adv Other) Continued, RE: 16 Order of default and setting prove-up as to Christine Eckert). due by 10/12/2007. (Askew, Althea) (Entered: 10/04/2007)** |
|---|---|---|
| 09/28/2007 | ○45 | **Preliminary Pre Trial Order (RE: 1 Complaint, ). Pre-Trial Conference set for 12/21/2007 at 09:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. Pretrial Statement due by: 12/14/2007. Signed on 9/28/2007 (Green, Charlie) (Entered: 10/05/2007)** |
| 10/03/2007 | ○46 | **Certificate of Service (RE: 45 Trial Order, ). (Green, Charlie) (Entered: 10/05/2007)** |
| 10/11/2007 | ○47 | **Reply to (related document(s): 29 List of Exhibits) Filed by Christine Eckert (Green, Charlie) (Entered: 10/12/2007)** |
| 10/11/2007 | ○48 | **Notice of Reply Filed by Christine Eckert (RE: 47 Reply). (Green, Charlie) (Entered: 10/12/2007)** |
| 10/24/2007 | ○49 | **Order of Judgment entered in favor of the Trustee and against Defendant Christine Eckert in the amount of $275,921.53. Signed on 10/24/2007 (Molina, Nilsa) (Entered: 10/25/2007)** |
| 11/05/2007 | ○50 | **Notice of Motion and Motion to Amend (related document(s)49 Order of Judgment) Filed by Neal H Levin on behalf of David E.** |

| | | |
|---|---|---|
| | | Grochocinski, Trustee. Hearing scheduled for 11/9/2007 at 10:00 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Proposed Order) (Levin, Neal) (Entered: 11/05/2007) |
| 11/09/2007 | ●<u>51</u> | Order Granting Motion To Amend Default Judgment in the amount of $281,112.99 (RE: Related Doc # <u>50</u>). Signed on 11/9/2007. (Green, Charlie) (Entered: 11/14/2007) |
| 12/14/2007 | ●<u>52</u> | Joint Pretrial Statement Filed by Neal H Levin on behalf of Marcelo Carlos, David E. Grochocinski, Trustee, Gary Laliberte, David Schlossberg (RE: <u>45</u> Trial Order, ). (Levin, Neal) (Entered: 12/14/2007) |
| 12/14/2007 | ●<u>53</u> | Notice of Filing Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: <u>52</u> Pretrial Statement). (Levin, Neal) (Entered: 12/14/2007) |
| 12/21/2007 | ●<u>54</u> | Hearing Continued (RE: <u>27</u> Amended Complaint). Trial date set for 4/14/2008 at 01:00 PM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. Continued Trial date set for 4/15/2008 at 01:00 PM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. Continued Trial date set for 4/16/2008 at 01:00 PM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. Continued Trial date set for 4/17/2008 at 01:00 PM at 219 South |

| | | Dearborn, Courtroom 680, Chicago, Illinois 60604. (Askew, Althea) (Entered: 12/21/2007) |
|---|---|---|
| 12/21/2007 | ○55 | Final PreTrial Order (RE: <u>27</u> Amended Complaint). Trial date set for 4/14/2008 at 01:00 PM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. Continued Trial date set for 4/15/2008 at 01:00 PM . Continued Trial date set for 4/16/2008 at 01:00 PM . Continued Trial date set for 4/17/2008 at 01:00 PM . Signed on 12/21/2007 (Gomez, Denise) (Entered: 01/04/2008) |
| 01/03/2008 | ○<u>56</u> | Certificate of Service (RE: <u>55</u> Trial Order, ). (Gomez, Denise) (Entered: 01/04/2008) |
| 03/18/2008 | ○<u>57</u> | **INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE** Notice of Motion and First Motion to Extend Time Reset Trial Date Filed by Mazyar M Hedayat on behalf of David Schlossberg. Hearing scheduled for 3/28/2008 at 09:30 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Attachments: # <u>1</u> Notice of Motion# <u>2</u> Proposed Order # <u>3</u> Minute Order# <u>4</u> Motion to Change Venue and to Reset Trial Date) (Hedayat, Mazyar) Modified on 3/19/2008 (Green, Charlie). (Entered: 03/18/2008) |
| 03/19/2008 | ○58 | **CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: <u>57</u>** |

| | | |
|---|---|---|
| | | Motion to Extend Time, ). (Green, Charlie) (Entered: 03/19/2008) |
| 03/24/2008 | ●59 | Notice of Motion and First Motion to Continue/Reschedule Hearing Filed by Mazyar M Hedayat on behalf of Marcelo Carlos, Christine Eckert, Gary Laliberte, David Schlossberg. Hearing scheduled for 3/28/2008 at 09:30 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Attachments: # 1 Proposed Order # 2 Minute Order) (Hedayat, Mazyar) (Entered: 03/24/2008) |
| 03/24/2008 | ●60 | Notice of Motion and Motion to Continue/Reschedule Hearing, Notice of Motion and Motion to Compel Defendants to Comply with Discovery Request Related to Inspection of David Schlossberg's Computers Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. Hearing scheduled for 3/28/2008 at 09:30 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Proposed Order # 6 Proposed Order) (Levin, Neal) (Entered: 03/24/2008) |
| 03/31/2008 | ●61 | Draft Order (RE: 60 Motion to Continue/Reschedule Hearing, , , Motion to Compel, , ). due by 4/4/2008. (Smith, Lester) (Entered: 03/31/2008) |
| | | |

| 03/31/2008 | ○62 | **DOCKETED ON WRONG CASE, FILER NOTIFIED TO REFILE** List of Exhibits Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. (Levin, Neal) Modified on 4/3/2008 (Green, Charlie). (Entered: 03/31/2008) |
| --- | --- | --- |
| 03/31/2008 | ○63 | **Notice and Certificate of Service** Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 62 List of Exhibits). (Levin, Neal) (Entered: 03/31/2008) |
| 03/31/2008 | ○64 | **List of Witnesses** Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. (Levin, Neal) (Entered: 03/31/2008) |
| 03/31/2008 | ○65 | **Notice and Certificate of Service** Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 64 List of Witnesses). (Levin, Neal) (Entered: 03/31/2008) |
| 03/31/2008 | ○66 | **(E)Order Denying** for the Reasons Stated on the Record Motion to Continue/Reschedule (Related Doc # 59). Signed on 3/31/2008. (Green, Charlie) (Entered: 04/01/2008) |
| 04/01/2008 | ○67 | **First List of Witnesses** Filed by Mazyar M Hedayat on behalf of Marcelo Carlos, Christine Eckert, Gary Laliberte, David Schlossberg. (Attachments: # 1 Notice of filing witness list) (Hedayat, Mazyar) (Entered: 04/01/2008) |
| 04/01/2008 | ○68 | **First List of Exhibits** Filed by Mazyar M |

| | | |
|---|---|---|
| | | Hedayat on behalf of Marcelo Carlos, Christine Eckert, Gary Laliberte, David Schlossberg. (Attachments: # 1 Notice of filing list of exhibits) (Hedayat, Mazyar) (Entered: 04/01/2008) |
| 04/02/2008 | ○69 | Attachment(s) Exhibits PX01 - PX68 Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 62 List of Exhibits). (Attachments: # 1 Exhibit PX-02# 2 Exhibit PX-03# 3 Exhibit PX-04# 4 Exhibit PX-05# 5 Exhibit PX-06# 6 Exhibit PX-07# 7 Exhibit PX-08# 8 Exhibit PX-09# 9 Exhibit PX-10# 10 Exhibit PX-11# 11 Exhibit PX-12# 12 Exhibit PX-13# 13 Exhibit PX-14# 14 Exhibit PX-15# 15 Exhibit PX-16# 16 Exhibit PX-17# 17 Exhibit PX-18# 18 Exhibit PX-19# 19 Exhibit PX-20# 20 Exhibit PX-21# 21 Exhibit PX-22# 22 Exhibit PX-23# 23 Exhibit PX-24# 24 Exhibit PX-25# 25 Exhibit PX-26# 26 Exhibit PX-27 (1 of 6)# 27 Exhibit PX-27 (2 of 6)# 28 Exhibit PX-27 (3 of 6)# 29 Exhibit PX-27 (4 of 6)# 30 Exhibit PX-27 (5 of 6)# 31 Exhibit PX-27 (6 of 6)# 32 Exhibit PX-28# 33 Exhibit PX-29# 34 Exhibit PX-30# 35 Exhibit PX-31# 36 Exhibit PX-32# 37 Exhibit PX-33# 38 Exhibit PX-34# 39 Exhibit PX-35# 40 Exhibit PX-36# 41 Exhibit PX-37# 42 Exhibit PX-38# 43 Exhibit PX-39# 44 Exhibit PX-40# 45 Exhibit PX-41# 46 Exhibit PX-42# 47 Exhibit PX-43# 48 Exhibit PX-44# 49 Exhibit PX-45# 50 Exhibit PX-46# 51 Exhibit PX-47# 52 Exhibit PX-48# 53 Exhibit PX-49# 54 Exhibit PX-50# 55 Exhibit |

|  |  |  |
|---|---|---|
|  |  | PX-51# **56** Exhibit PX-52# **57** Exhibit PX-53# **58** Exhibit PX-54# **59** Exhibit PX-55# **60** Exhibit PX-56# **61** Exhibit PX-57# **62** Exhibit PX-58# **63** Exhibit PX-59# **64** Exhibit PX-60# **65** Exhibit PX-61 (1 of 3)# **66** Exhibit PX-61 (2 of 3)# **67** Exhibit PX-61 (3 of 3)# **68** Exhibit PX-62 (1 of 4)# **69** Exhibit PX-62 (2 of 4)# **70** Exhibit PX-62 (3 of 4)# **71** Exhibit PX-62 (4 of 4)# **72** Exhibit PX-63 (1 of 3)# **73** Exhibit PX-63 (2 of 3)# **74** Exhibit PX-63 (3 of 3)# **75** Exhibit PX-64# **76** Exhibit PX-65 (1 of 3)# **77** Exhibit PX-65 (2 of 3)# **78** Exhibit PX-65 (3 of 3)# **79** Exhibit PX-66 (1 of 4)# **80** Exhibit PX-66 (2 of 4)# **81** Exhibit PX-66 (3 of 4)# **82** Exhibit PX-66 (4 of 4)# **83** Exhibit PX-67# **84** Exhibit PX-68) (Levin, Neal) Modified on 4/3/2008 to create related document #**71** (Sims, Mildred). (Entered: 04/02/2008) |
| 04/03/2008 | **70** | **CORRECTIVE ENTRY DOCKETED ON WRONG CASE, FILER NOTIFIED TO REFILE (RE: 62 List of Exhibits). (Green, Charlie) (Entered: 04/03/2008)** |
| 04/03/2008 | **71** | **Amended List of Exhibits Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. (Levin, Neal) Modified on 4/3/2008 to create related document #62(Sims, Mildred). (Entered: 04/03/2008)** |
| 04/03/2008 | **72** | **Notice and Certificate of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 71 List of Exhibits). (Levin, Neal) (Entered:** |

| | | |
|---|---|---|
| | | 04/03/2008) |
| 04/03/2008 | 73 | **CORRECTIVE ENTRY to create related document #62 (RE: 71 List of Exhibits). (Sims, Mildred) (Entered: 04/03/2008)** |
| 04/03/2008 | 74 | **CORRECTIVE ENTRY to create related document #71 (RE: 69 Attachment, , , , , , , , ). (Sims, Mildred) (Entered: 04/03/2008)** |
| 04/04/2008 | 75 | **Designation of Deposition Testimony Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. (Levin, Neal) (Entered: 04/04/2008)** |
| 04/04/2008 | 76 | **Notice and Certificate of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 75 Designation of Deposition Testimony). (Levin, Neal) (Entered: 04/04/2008)** |
| 04/04/2008 | 77 | **Agreed Protective Order Granting Motion To Compel (Related Doc # 60). Signed on 4/4/2008. (Green, Charlie) (Entered: 04/04/2008)** |
| 04/07/2008 | 78 | **First Supplement Addresses and summary of expected testimony Filed by Mazyar M Hedayat on behalf of Marcelo Carlos, Christine Eckert, Gary Laliberte, David Schlossberg. (Attachments: # 1 Notice of supplemental witness list) (Hedayat, Mazyar) (Entered: 04/07/2008)** |
| 04/07/2008 | 79 | **Amended List of Exhibits Filed by Neal H** |

| | | |
|---|---|---|
| | | Levin on behalf of David E. Grochocinski, Trustee. (Attachments: # 1 Exhibit PX-69# 2 Exhibit PX-70# 3 Exhibit PX-71# 4 Exhibit PX-72# 5 Exhibit PX-73# 6 Exhibit PX-74# 7 Exhibit PX-75# 8 Exhibit PX-76# 9 Exhibit PX-77# 10 Exhibit PX-78# 11 Exhibit PX-79# 12 Exhibit PX-80# 13 Exhibit PX-81# 14 Exhibit PX-82# 15 Exhibit PX-83# 16 Exhibit PX-84) (Levin, Neal) (Entered: 04/07/2008) |
| 04/07/2008 | 80 | Notice and Certificate of Service regarding Second Amended Exhibit List Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 79 List of Exhibits, ). (Levin, Neal) (Entered: 04/07/2008) |
| 04/07/2008 | 81 | Objection to (related document(s): 67 List of Witnesses) Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (Levin, Neal) (Entered: 04/07/2008) |
| 04/07/2008 | 82 | Notice and Certificate of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 81 Objection). (Levin, Neal) (Entered: 04/07/2008) |
| 04/07/2008 | 83 | Proposed Findings of Fact and Conclusions of Law Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. (Levin, Neal) (Entered: 04/07/2008) |
| 04/07/2008 | 84 | Notice and Certificate of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 83 Proposed Findings of Fact and Conclusions of Law). |

| | | (Levin, Neal) (Entered: 04/07/2008) |
|---|---|---|
| 04/09/2008 | ○85 | First Proposed Findings of Fact and Conclusions of Law Filed by Mazyar M Hedayat on behalf of Marcelo Carlos, Christine Eckert, Gary Laliberte, David Schlossberg. (Attachments: # 1 Notice) (Hedayat, Mazyar) (Entered: 04/09/2008) |
| 04/09/2008 | ○86 | Notice of Motion and Motion to Compel David Schlossberg, Gary Laliberte and Marcelo Carlos to Produce Digital Data Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. Hearing scheduled for 4/11/2008 at 09:30 AM at DuPage Courthouse, 505 N County Farm Road, Rm 2000, Wheaton, Illinois 60187. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order) (Levin, Neal) (Entered: 04/09/2008) |
| 04/10/2008 | ○87 | Notice of Filing Facsimile Transmission Statement Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 86 Motion to Compel, ). (Attachments: # 1 Fax Confirmation)(Levin, Neal) (Entered: 04/10/2008) |
| 04/10/2008 | ○88 | Memorandum in Support Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 86 Motion to Compel, ). (Attachments: # 1 Exhibit A) (Levin, Neal) (Entered: 04/10/2008) |
| 04/10/2008 | ○89 | Notice and Certificate of Service Filed by |

| | | Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 88 Memorandum). (Attachments: # 1 Fax Transmission Statements)(Levin, Neal) (Entered: 04/10/2008) |
|---|---|---|
| 04/11/2008 | ⊕90 | Draft Order (RE: 86 Motion to Compel, ). due by 4/14/2008. (Askew, Althea) (Entered: 04/11/2008) |
| 04/14/2008 | ⊕91 | Objection to (related document(s): 85 Proposed Findings of Fact and Conclusions of Law) Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (Levin, Neal) (Entered: 04/14/2008) |
| 04/14/2008 | ⊕92 | Notice and Certificate of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 91 Objection). (Attachments: # 1 Fax transmission sheet) (Levin, Neal) (Entered: 04/14/2008) |
| 04/14/2008 | ⊕93 | Order Scheduling (RE: 27 Amended Complaint). Reply due by: 5/14/2008 Responses due by 5/7/2008. Further order to be entered. Signed on 4/14/2008 (Green, Charlie) (Entered: 04/16/2008) |
| 04/15/2008 | ⊕94 | Order Granting Motion To Compel in part, for Sanctions, for other relief. The Court otherwise denies the Motion where it seeks a finding of Contempt, without prejudice (Related Doc # 86). Signed on 4/15/2008. (Green, Charlie) (Entered: 04/16/2008) |
| | | |

| 04/22/2008 | 95 | **Amended Proposed Findings of Fact and Conclusions of Law Filed by Mazyar M Hedayat on behalf of Marcelo Carlos, Christine Eckert, Gary Laliberte, David Schlossberg. (Hedayat, Mazyar) Modified on 4/28/2008 to correct docket text to remove Amended (Green, Charlie). (Entered: 04/22/2008)** |
|---|---|---|
| 04/25/2008 | 96 | **Statement Chapter 7 Trustee's Closing Statement Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. (Levin, Neal) (Entered: 04/25/2008)** |
| 04/25/2008 | 97 | **Notice and Certificate of Service Notice of Filing Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 96 Statement). (Levin, Neal) (Entered: 04/25/2008)** |
| 04/28/2008 | 98 | **CORRECTIVE ENTRY to correct docket text to remove Amended (RE: 95 Proposed Findings of Fact and Conclusions of Law, ). (Green, Charlie) (Entered: 04/28/2008)** |
| 05/07/2008 | 99 | **Memorandum Closing Statement Filed by Mazyar M Hedayat on behalf of Marcelo Carlos, Gary Laliberte, David Schlossberg. (Hedayat, Mazyar) (Entered: 05/07/2008)** |
| 05/07/2008 | 100 | **Notice of Filing of Closing Statement Filed by Mazyar M Hedayat on behalf of Marcelo Carlos, Gary Laliberte, David Schlossberg. (Hedayat, Mazyar) (Entered: 05/07/2008)** |
|  |  |  |

| 05/14/2008 | ᴑ101 | Brief Chapter 7 Trustee's Reply Brief in Further Support of His Closing Statement Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. (Levin, Neal) (Entered: 05/14/2008) |
|---|---|---|
| 05/14/2008 | ᴑ102 | Notice and Certificate of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 101 Brief). (Levin, Neal) (Entered: 05/14/2008) |
| 03/28/2008 | ᴑ103 | Order for the reasons stated in open court on 3/28/2008, hearing on the motion is concluded. (RE: 60 Motion to Continue/Reschedule Hearing, , , Motion to Compel, , ). Signed on 3/28/2008 (Green, Charlie) (Entered: 06/02/2008) |
| 06/03/2008 | ᴑ104 | Memorandum Opinion (RE: 27 Amended Complaint). (Attachments: # 1 Volume) (Gomez, Denise) (Entered: 06/03/2008) |
| 06/03/2008 | ᴑ105 | Order of Judgment in favor of David E. Grochocinski and against David Schlossberg to Count I and II. Count III in favor of Gary Laliberte and against David E Grochocinski. Count IV in favor of David E. Grochocinski and against Gary Laliberte. Count V and VI in favor of David E. Grochocinski and against Marcelo Carlos of the amended complaint. Signed on 6/3/2008 (Gomez, Denise) (Entered: 06/03/2008) |
| 06/03/2008 | ᴑ106 | Certificate of Service (RE: 104 Memorandum Opinion, 105 Order of Judgment, ). |

|  |  | (Attachments: # (1) Volume) (Gomez, Denise) Additional attachment(s) added on 6/4/2008 (Sims, Mildred). Modified on 6/4/2008 to attach corrected PDF (Sims, Mildred). Additional attachment(s) added on 6/4/2008 (Sims, Mildred). (Entered: 06/03/2008) |
|---|---|---|
| 06/04/2008 | 107 | CORRECTIVE ENTRY to attach corrected PDF (RE: 106 Certificate of Service, ). (Sims, Mildred) (Entered: 06/04/2008) |
| 06/05/2008 | 108 | Adversary Case 1-07-ap-450 Closed . (Green, Charlie) (Entered: 06/05/2008) |
| 06/05/2008 | 109 | Affidavit Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 94 Order on Motion to Compel). (Attachments: # 1 Exhibit A# 2 Exhibit B) (Levin, Neal) (Entered: 06/05/2008) |
| 06/05/2008 | 110 | Notice and Certificate of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 109 Affidavit). (Levin, Neal) (Entered: 06/05/2008) |
| 06/11/2008 | 111 | Notice of Appeal to District Court. Filed by Lauren Newman on behalf of Gary Laliberte, David Schlossberg. Fee Amount $255 (RE: 105 Order of Judgment, ). Appellant Designation due by 6/23/2008. Transmission of Record Due by 7/21/2008. (Newman, Lauren) (Entered: 06/11/2008) |
| 06/11/2008 | 112 | Receipt of Notice of Appeal(07-00450) |

|  |  | [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 8973676. Fee Amount $ 255.00 (U.S. Treasury) (Entered: 06/11/2008) |
|---|---|---|
| 06/12/2008 | ●113 | Notice of Filing to Bk Judge and Parties on Service List (RE: 111 Notice of Appeal, ). (Sims, Mildred) (Entered: 06/12/2008) |
| 06/13/2008 | ●114 | Issued Writ of of Execution. Original and 2 copies Delivered to Gary Laliberte (RE: 105 Order of Judgment, ). (Green, Charlie) (Entered: 06/16/2008) |
| 06/13/2008 | ●115 | Issued Writ of Execution. Original and 2 copies Delivered to Marcelo Carlos c/o Asia Pacific Finance and Realty Corp (RE: 105 Order of Judgment, ). (Green, Charlie) (Entered: 06/16/2008) |
| 06/13/2008 | ●116 | Issued Writ of Execution. Original and 2 copies Delivered to David Schlossberg (RE: 105 Order of Judgment, ). (Green, Charlie) (Entered: 06/16/2008) |
| 06/13/2008 | ●117 | Issued Citation to Discover Assets and Copies for Service on Marcelo Carlos c/o Asia Pacific Finance and Realty Corp (RE: 105 Order of Judgment, ). (Green, Charlie) Additional attachment(s) added on 6/16/2008 (Green, Charlie). Modified on 6/16/2008 to correct PDF(Green, Charlie). (Entered: 06/16/2008) |
| 06/16/2008 | ●118 | CORRECTIVE ENTRY to correct PDF (RE: 117 Citation to Discover Assets Issued, ). (Green, |

| | | Charlie) (Entered: 06/16/2008) |
|---|---|---|
| 06/13/2008 | ○119 | Issued Citation to Discover Assets and Copies for Service on Gary Laliberte (RE: 105 Order of Judgment, ). (Green, Charlie) (Entered: 06/16/2008) |
| 06/13/2008 | ○120 | Third Party Issued Citation to Discover Assets and Copies for Service on American Enterprise Bank (Documents Only) (RE: 105 Order of Judgment, ). (Green, Charlie) (Entered: 06/16/2008) |
| 06/13/2008 | ○121 | Third Party Issued Citation to Discover Assets and Copies for Service on Amcor Bank (Documents Only) (RE: 105 Order of Judgment, ). (Green, Charlie) (Entered: 06/16/2008) |
| 06/13/2008 | ○122 | Issued Citation to Discover Assets and Copies for Service on David Schlossberg c/o Assured Concepts Group Ltd (RE: 105 Order of Judgment, ). (Green, Charlie) (Entered: 06/16/2008) |
| 06/20/2008 | ○123 | Notice of Motion and Motion to Extend Time Enlarge the Time to File Designation of the Items to be Included in the Record on Appeal and Statement of Issues Filed by Lauren Newman on behalf of Gary Laliberte, David Schlossberg. Hearing scheduled for 6/27/2008 at 09:30 AM at DuPage Courthouse, 505 N County Farm Road, Rm 4016, Wheaton, Illinois 60187. (Attachments: # 1 Proposed Order Order |

| | | |
|---|---|---|
| | | Enlarging Time for Filing Designation of Items to be Included in Record on Appeal and Issues to be Presented for Appeal) (Newman, Lauren) Modified on 7/2/2008 to create related document #111(Sims, Mildred). (Entered: 06/20/2008) |
| 06/25/2008 | ⊖124 | Notice of Motion and Motion To Stay Pending Appeal Filed by Lauren Newman on behalf of Gary Laliberte, David Schlossberg. Hearing scheduled for 6/27/2008 at 09:30 AM at DuPage Courthouse, 505 N County Farm Road, Rm 4016, Wheaton, Illinois 60187. (Attachments: # 1 Proposed Order) (Newman, Lauren) (Entered: 06/25/2008) |
| 06/25/2008 | ⊖125 | Letter: Regarding Citation to Discover Assets Filed by Amcore Bank . (Green, Charlie) (Entered: 06/26/2008) |
| 06/30/2008 | ⊖126 | Hearing Continued (RE: 124 Stay Pending Appeal). Hearing Scheduled for 07/11/2008 at 10:00 AM at 505 N County Farm Road, Wheaton, IL, 60187. (Smith,Lester) (Entered: 06/30/2008) |
| 07/01/2008 | ⊖127 | Issued Citation to Discover Assets and Copies for Service on Christine Eckert (RE: 16 Order on Motion for Default, 51 Order on Motion to Amend). (Green, Charlie) (Entered: 07/01/2008) |
| 06/27/2008 | ⊖128 | Order Granting Motion to Extend Time (Related Doc # 123). Appellant Designation due by 7/14/2008. Signed on 6/27/2008. |

| | | |
|---|---|---|
| | | (Weston, Carel Dell) (Entered: 07/01/2008) |
| 07/01/2008 | ⊖129 | Affidavit of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 122 Citation to Discover Assets Issued). (Levin, Neal) (Entered: 07/01/2008) |
| 07/01/2008 | ⊖130 | Affidavit of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 119 Citation to Discover Assets Issued). (Levin, Neal) (Entered: 07/01/2008) |
| 07/01/2008 | ⊖131 | Affidavit of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 121 Citation to Discover Assets Issued). (Levin, Neal) (Entered: 07/01/2008) |
| 07/01/2008 | ⊖132 | Affidavit of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 120 Citation to Discover Assets Issued). (Levin, Neal) (Entered: 07/01/2008) |
| 07/01/2008 | ⊖133 | Affidavit of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 117 Citation to Discover Assets Issued, ). (Levin, Neal) (Entered: 07/01/2008) |
| 07/02/2008 | ⊖134 | CORRECTIVE ENTRY to create related document #111 (RE: 123 Motion to Extend Time, , ). (Sims, Mildred) (Entered: 07/02/2008) |
| 07/09/2008 | ⊖135 | Notice of Motion and Motion to Quash and Dismiss Writs of Execution, Citations to |

| | | |
|---|---|---|
| | | Discover Assets and Other Post-Judgment Enforcement Proceedings Filed by Lauren Newman on behalf of Gary Laliberte, David Schlossberg. Hearing scheduled for 7/11/2008 at 09:30 AM at DuPage Courthouse, 505 N County Farm Road, Rm 4016, Wheaton, Illinois 60187. (Attachments: # 1 Exhibit A# 2 Proposed Order) (Newman, Lauren) (Entered: 07/09/2008) |
| 07/09/2008 | ⊜136 | Notice of Motion and Motion to Approve Judgment on Fees and Costs Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee. Hearing scheduled for 7/11/2008 at 09:30 AM at DuPage Courthouse, 505 N County Farm Road, Rm 4016, Wheaton, Illinois 60187. (Levin, Neal) (Entered: 07/09/2008) |
| 07/09/2008 | ⊜137 | Notice of Motion Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 136 Motion to Approve, ). Hearing scheduled for 7/11/2008 at 09:30 AM at DuPage Courthouse, 505 N County Farm Road, Rm 4016, Wheaton, Illinois 60187. (Levin, Neal) (Entered: 07/09/2008) |
| 07/14/2008 | ⊜138 | Affidavit of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 127 Citation to Discover Assets Issued). (Levin, Neal) (Entered: 07/14/2008) |
| 07/14/2008 | ⊜139 | Appellant Designation of Contents for Inclusion in Record and Statement of Issue |

| | | |
|---|---|---|
| | | On Appeal Filed by Lauren Newman on behalf of Gary Laliberte, David Schlossberg. (RE: 128 Order on Motion to Extend Time). (Newman, Lauren) (Entered: 07/14/2008) |
| 07/16/2008 | 140 | Hearing Continued (RE: 135 Quash). Hearing Scheduled for 08/01/2008 at 10:00 AM at 505 N County Farm Road, Wheaton, IL, 60187. (Smith,Lester) (Entered: 07/16/2008) |
| 07/16/2008 | 141 | Hearing Continued (RE: 136 Approve). Hearing Scheduled for 08/15/2008 at 10:00 AM at 505 N County Farm Road, Wheaton, IL, 60187. (Smith,Lester) (Entered: 07/16/2008) |
| 07/16/2008 | 142 | (E)Order Withdrawing Motion To Stay Pending Appeal. (Related Doc # 124) . Signed on 7/16/2008. (Green, Charlie) (Entered: 07/17/2008) |
| 07/17/2008 | 143 | Response to (related document(s): 135 Motion to Quash, ) Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (Levin, Neal) (Entered: 07/17/2008) |
| 07/17/2008 | 144 | Notice and Certificate of Service Filed by Neal H Levin on behalf of David E. Grochocinski, Trustee (RE: 143 Response). (Levin, Neal) (Entered: 07/17/2008) |
| 07/11/2008 | 145 | Order Scheduling (RE: 136 Motion to Approve, ). Status Hearing continued on 8/15/2008 at 10:00AM at DuPage Courthouse, 505 N County Farm Road, Rm |

| | | |
|---|---|---|
| | | 4016, Wheaton, Illinois 60187.Reply due by: 8/1/2008 Responses due by 7/25/2008. Signed on 7/11/2008 (Green, Charlie) (Entered: 07/18/2008) |
| 07/11/2008 | ⊕146 | **Order Granting Motion To Quash. Order satisfying the judgment and quashing and dismissing post-judgment proceedings. The pending citations to discover assets against Schlossberg & Laliberte are quashed and dismissed. (Related Doc # 135). Signed on 7/11/2008. (Green, Charlie) (Entered: 07/21/2008)** |
| 11/15/2007 | | **Deadlines terminated, Motions terminated (RE: 21 Motion to Continue/Reschedule Hearing, ). (Green, Charlie) (Entered: 11/15/2007)** |
| 04/01/2008 | | **Deadlines terminated, Motions terminated (RE: 57 Motion to Extend Time, ). (Green, Charlie) (Entered: 04/01/2008)** |
| 07/02/2008 | | **Deadlines terminated . (Sims, Mildred) (Entered: 07/02/2008)** |

This is to certify that the within and attached document is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

KENNETH S. GARDNER
CLERK OF COURT

By _____
Deputy Clerk

Dated _____