# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.**

---

**Plaintiff(s): David Grochocinski**

**Defendant(s):David Schlossberg Gary Laliberte**

**County of Residence:**

**County of Residence:**

**Plaintiff's Atty:**

Neal H. Levin
Freeborn & Peters LLP
311 S. Wacker Dr.,
Ste. 3000, Chicago,
IL 60605
312-360-6305

**Defendant's Atty:**

Lauren Newman
Fagel Haber LLC
55 E Monroe 40th
FLR., Chicago, IL
60603
312-580-2328

---

**II. Basis of Jurisdiction:**   3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties**
**(Diversity Cases Only)**
Plaintiff:-N/A
Defendant:-N/A

FILED

JUL 2 1 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IV. Origin :**   1. Original Proceeding   08CV4124
JUDGE CASTILLO
MAGISTRATE JUDGE COLE

**V. Nature of Suit:**     **422 Appeal 28 USC 158**

**VI.Cause of Action:**   **Notice of Appeal**

**VII. Requested in**
**Complaint**
          **Class Action:**
      **Dollar Demand:**
        **Jury Demand: No**

**VIII. This case IS NOT a refiling of a previously dismissed case.**

**Signature:**   *Carl Bell Moton*

**Date:**   7/21/08

If any of this information is incorrect, please go back to the Civil Cover Sheet
Input form using the *Back* button in your browser and change it. Once correct,
print this form, sign and date it and submit it with your new civil action. **Note:**
**You may need to adjust the font size in your browser display to**
**make the form print properly.**              **Revised: 06/28/00**