IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>JEFFERY ECKERT,<br><br>DEBTOR.<br>_____<br><br>David E. Grochocinski, Chapter 7<br>Trustee,<br><br>Plaintiff,<br><br>v.<br><br>David Schlossberg, Gary Laliberte,<br>Christine Eckert and Marcelo Carlos,<br><br>Defendants. | Case No. 08 CV 4124<br><br>Judge Ruben Castillo<br><br>Magistrate Jeffrey Cole |

## UNCONTESTED MOTION OF APPELLANTS
## TO RESET BRIEFING SCHEDULE

Appellants David Schlossberg ("Schlossberg") and Gary Laliberte ("Laliberte") (together, "Appellants"), by and through their undersigned counsel, moves this Court to grant leave to extend the briefing schedule beyond the time frame set by Federal Rule of Bankruptcy Procedure 8007 (the "Motion"), and in support thereof, states as follows:

1.  On June 3, 2008, the Bankruptcy Court entered Judgment against Schlossberg and Laliberte on a multi-count adversary Amended Complaint filed by the plaintiff, the Chapter 7 trustee David E. Grochocinski (the "Trustee" or "Appellee") in the bankruptcy case of Jeffery Eckert.

2.  On June 11, 2008, Schlossberg and Laliberte timely filed a Notice of Appeal.

3. The Appellants submitted to the Bankruptcy Court their designation of items to be included in the appeal and their statement of issues for appeal, pursuant to Fed. R. Bankr. Pro. 8006. The Trustee susquently submitted the items he designated for the appeal.

4. On July 21, 2008, the Clerk of the United States Bankruptcy Court transmitted the Record on Appeal to the United States District Court, pursuant to Fed. R. Bankr. Procedure 8007.

5. According to Fed. R. Bankr. Pro. 8009, the Appellants' brief is due fifteen (15) days from the entry of the appeal on the docket, and Appellee's brief is due fifteen (15) days thereafter.

6. The parties hereto are requesting an extended briefing schedule. The Honorable John H. Squires wrote a 72 page Memorandum Opinion, with factual findings and extensive citation to authority. In order to adequately address the issues presented for this appeal, both parties need an extension of time to file their briefs with this Court.

7. The Appellants are requesting forty-five (45) days to file their opening brief with this Court, and the Appellee Trustee is requesting forty-five (45) days to file their response brief, with twenty (20) days for the Appellants to reply.

8. The parties have discussed this Motion and are in agreement with the relief requested herein.

WHEREFORE, Movants/Appellants David Schlossberg and Gary Laliberte pray that the Court enter an order granting them forty-five (45) days in which to file their appellate brief, grant the Appellee/Trustee forty-five (45) days to file his responsive brief

and Appellants twenty (20) days to reply, and for such other and further relief this Court deems just and proper.

                                                     Respectfully,

Dated this 1st day of August, 2008      David Schlossberg and Gary Laliberte, Movants/Appellants,

                                          By /s/ Lauren Newman
                                               Attorney for Movants/Appellants

Lauren Newman (Atty No. 06188355)
Francis X. Buckley, Jr. (Atty No. 06185143)
Christina M. Berish (Atty. No. 06281022)
Thompson Coburn Fagel Haber
55 East Monroe, 40th Floor
Chicago, Illinois 60603
Phone: (312) 346-7500
Fax: (312) 782-3659