IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>JEFFERY ECKERT,<br><br>DEBTOR.<br><br>David E. Grochocinski, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>David Schlossberg, Gary Laliberte, Christine Eckert and Marcelo Carlos,<br><br>Defendants. | Case No. 08 CV 4124<br><br>Judge Ruben Castillo<br><br>Magistrate Jeffrey Cole |

## NOTICE OF MOTION

**SEE ATTACHED SERVICE LIST:**

PLEASE TAKE NOTICE that on August 6, 2008, at the hour of 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Ruben Castillo, presiding in Courtroom 2141, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the attached **UNCONTESTED MOTION TO RESET BRIEFING SCHEDULE**, a copy of which is served on you.

Respectfully submitted,

By: /s/ Lauren Newman
Attorney for Movants David Schlossberg
and Gary Laliberte

Lauren Newman, Esq. (IL Bar No. 6188355)
Thompson Coburn Fagel Haber
55 East Monroe, 40th Floor
Chicago, Illinois 60603
Phone: (312) 346-7500
Fax: (312) 782-3659

## CERTIFICATE OF SERVICE

The undersigned attorney, being first duly sworn on oath, deposes and says that she served a copy of this **Notice of Motion** and **Uncontested Motion to Reset Briefing Schedule**, on the counsel via ECF and U.S. Mail, on August 1, 2008.

                                                           /s/ Lauren Newman  
                                                           Lauren Newman

## SERVICE LIST

Neal H. Levin  
Freeborn & Peters, LLP  
311 S. Wacker Drive, Suite 3000  
Chicago, IL 60606

David E. Grochocinski, Esq.  
Grochocinski, Grochocinski & Lloyd, Ltd.  
1900 Ravinia Place  
Orland Park, IL 60462

4780347_1