**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

David E Grochocinski
                        Plaintiff,

v.                                           Case No.: 1:08−cv−04124
                                                          Honorable Ruben Castillo

David Schlossberg, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Appellants' uncontested motion to reset briefing schedule [8] is granted. Appellants' appellate brief is due on or before 9/22/2008. Appellee/Trustee's response will be due on or before 11/6/2008. Appellants' reply will be due on or before 11/26/2008. The Court will rule by mail. Motion hearing set for 8/6/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.